NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS

### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

GERARDO O MACIEL, *Petitioner*.

No. 1 CA-CR 23-0442 PRPC
FILED 3-21-2024

Petition for Review from the Superior Court in Maricopa County
No  CR2008-006720-001
CR2005-008699-001
CR2008-006732-001
CR2008-007291-001
CR2008-007386-001
CR2007-007409-001
The Honorable Michael W. Kemp, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Julie A. Done, Jessi Wade
*Counsel for Respondent*

The Stavris Law Firm, PLLC, Scottsdale
By Christopher Stavris
*Counsel for Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Anni Hill Foster, Judge Brian Y. Furuya, and Vice Chief
Judge Randall M. Howe delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**        Petitioner Gerardo O Maciel seeks review of the superior
court's order denying his petition for post-conviction relief. This is
Petitioner's third successive petition.

**¶2**        Absent an abuse of discretion or error of law, this court will
not disturb a superior court's ruling on a petition for post-conviction relief.
*State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is
Petitioner's burden to show that the superior court abused its discretion by
denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz.
537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (Petitioner has burden of
establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior
court's order denying the petition for post-conviction relief, and the petition
for review. We find that Petitioner has not established an abuse of
discretion.

**¶4**        We grant review and deny relief.

